UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                  Crim. File No. 11-171 (PAM)

                 Plaintiff,

v.                                                       **ORDER**

Khaffak Sahib Ansari,

                 Defendant.

_____

This matter is before the Court on Defendant's Motion for Reconsideration of Expert Witness Funding (Docket No. 62). The Court previously denied Defendant's request for expert witness funding as premature given the pending pre-sentence investigation. The pre-sentence investigation report has now been issued by the Probation Office and Defendant has renewed his request for funds necessary to secure a forensic accountant. The Court finds that Defendant has established that the services requested are necessary and that he is financially unable to secure those services. Based on Defendant's submission, the Court grants the Motion pursuant to 18 U.S.C. § 3006A(e)(1).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Reconsideration of Expert Witness Funding (Docket No. 62) is **GRANTED;**

2. Counsel for Defendant is authorized to obtain the services of a forensic accountant to assist in the calculation of the amount of loss as it relates to

Defendant's upcoming sentencing;

3. Defendant has 30 days from the date of this Order to submit his completed expert report to the Government; and

4. The parties shall submit position papers no later than 20 days after the expert report has been provided to the Government.


Dated: __January 27, 2012__

    s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge